

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Joyce Marie Dlugos

Plaintiff,

V.

Commissioner of Social Security

Defendant.

Civil Action No. 22-cv-00318-BEN-DEB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Report and Recommendation is ADOPTED-IN-PART. The Court GRANTS the Plaintiff's Motion for Summary Judgment and DENIES Defendant's Motion for Summary Judgment. The case is REMANDED to the Commissioner of Social Security for further proceedings consistent with this Order. Judgment is for the Plaintiff in this matter. Case is closed.

Date:   9/28/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo

L. Sotelo, Deputy